PATRICK H. HICKS, ESQ., Bar No. 004632
EMIL S. KIM, ESQ., Bar No. 14894
LITTLER MENDELSON P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, Nevada 89169.5937
Telephone:   702.862.8800
Fax No.:        702.862.8811
Email: phicks@littler.com
           ekim@littler.com

*Attorneys for Defendant*
VEGAS DEVELOPMENT, LLC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JOHN MEGGS, Individually,<br><br>    Plaintiff,<br><br>v.<br><br>VEGAS DEVELOPMENT LLC, a Delaware Limited Liability Company,<br><br>    Defendant. | Case No. 2:21-cv-01413-RFB-EJY<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSIVE PLEADING**<br><br>**[SECOND REQUEST]** |

Pursuant to LR IA 6-1 and LR 7-1, Plaintiff JOHN MEGGS ("Plaintiff") and Defendant VEGAS DEVELOPMENT LLC ("Defendant") by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of October 14, 2021, up to and including **October 28, 2021**.

Such extension is necessary in light of the fact that Defendant's counsel is currently discussing potential resolution options. The additional time will allow defense counsel to continue to investigate the allegations in the Complaint and prepare a sufficient responsive pleading. There will be no further extensions requested.

///

///

This is the Second request for an extension of time to respond to the Complaint. This request is made in good faith and not for the purpose of delay.

Dated: October 14, 2021                     Dated: October 14, 2021

Respectfully submitted,                     Respectfully submitted,

/s/ Brandon A. Rotbart                      /s/ Emil S. Kim
ROBERT P. SPRETNAK, ESQ.                    PATRICK H. HICKS, ESQ.
LAW OFFICES OF ROBERT P.                    EMIL S. KIM, ESQ.
SPRETNAK
                                            *Attorneys for Defendant*
                                            VEGAS DEVELOPMENT, LLC
BRANDON A. ROTBART, ESQ.
FULLER, FULLER & ASSOCIATES, P.A.

*Attorneys for Plaintiff*
JOHN MEGGS

**IT IS SO ORDERED.**

Dated: October 14, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4841-5386-4442.1 / 083558-1000